UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUROLATOR ADVANCED FILTRATION GROUP, INC., a Delaware corporation, DBA FILTER PRODUCTS INC., and FPI,<br><br>        Plaintiff,<br><br>    v.<br><br>CRUZ COMPANY, a California corporation, DBA FILTRATION PROCESS INNOVATORS, CO.; RENO N. CRUZ, JR., an individual; and LESLIE F. MATSON, an individual,<br><br>        Defendants.<br>_____/ | No. 2:05-cv-2279-MCE-GGH<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 13, 2006.

///

///

///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5 DATED: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE