WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Kelli M. Kennaday, Bar No. 155153
kkennaday@wilkefleury.com
Kim Johnston, Bar No. 196961
kjohnston@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664
E-mail:          kkennaday@wilkefleury.com

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
ANTHONY J. ASHLEY
CHRISTOPHER L. NYBO
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

Attorneys for Plaintiff
PUROLATOR ADVANCED FILTRATION GROUP, INC., d/b/a FILTER PRODUCTS, INC. and FPI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUROLATOR ADVANCED FILTRATION GROUP, INC., a Delaware corporation (d/b/a FILTER PRODUCTS, INC. and FPI),<br><br>    Plaintiff,<br><br>v.<br><br>CRUZ COMPANY, a California corporation (d/b/a FILTRATION PROCESS INNOVATORS, CO.); RENO N. CRUZ, JR., an individual; and LESLIE F. MATSON, an individual,<br><br>    Defendants. | Case No.  2:05-CV-2279-MCE-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>**[Fed. Civ. Proc. 41(a)(1)(ii)]** |

/ / /

/ / /

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the parties hereby stipulate that this matter be, and hereby is, dismissed with prejudice, with all parties to bear their own fees and costs. The parties further stipulate that the Court will retain jurisdiction over the parties and this matter for purposes of enforcing the parties' Settlement Agreement And Mutual Release.

**IT IS SO STIPULATED.**

DATED:   February 23, 2006          WILKE, FLEURY, HOFFELT,
                                     GOULD & BIRNEY, LLP


                                     By:          /S/
                                        KELLI M. KENNADAY
                                        Attorneys for Plaintiff
                                        PUROLATOR ADVANCED
                                        FILTRATION GROUP, INC.

DATED:   February 23, 2006          SACINO, BERTOLINO & HALLISSY


                                     By:          /S/
                                        RICHARD P. BERTOLINO
                                        Attorneys for Defendants
                                        CRUZ COMPANY (dba FILTRATION
                                        PROCESS INNOVATORS, CO.), RENO
                                        N. CRUZ, JR., and LESLIE F. MATSON

**IT IS SO ORDERED.**

DATED: February 23, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE